

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR17-27-PSG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| HUNG CHI TU | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (  )  the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant is not amenable to supervision
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: July 13, 2018

*/s/ Edward Infante*
~~JOHN E. MCDERMOTT~~ EDWARD INFANTE
UNITED STATES MAGISTRATE JUDGE

2